UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff Stephen M. Ross

-v-

Robert K. Utley, III and Ann M Utley

Defendant

Case No. 07 CIV 6119
Judge Hellerstein

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ____Plaintiff____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Not Applicable

Date: 6/28/07

Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf