HELLERSTEIN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN M. ROSS,

        Plaintiff,

v.

ROBERT K. UTLEY, III and
ANN K. UTLEY,

        Defendants.

---

Case No. 07 CIV 6119

STIPULATION OF TIME TO
ANSWER, MOVE OR OTHERWISE
RESPOND TO COMPLAINT

Honorable Alvin K. Hellerstein

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Stephen M. Ross and Defendants Robert K. Utley and Ann K. Utley, that the time for Defendants to answer, move or otherwise respond to Plaintiff's Complaint in the above-captioned action, shall be and the same hereby is extended up to and including September 25, 2007; further

    IT IS HEREBY STIPULATED AND AGREED that facsimile or other copies of signatures upon this Stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
       August 30, 2007

KATSKY KORINS LLP

By: _____
    Mark Walfish

605 Third Avenue
New York, NY 10158
(212) 953-6000

*Attorneys for Plaintiff*

ALSTON & BIRD LLP

By: _____
    Karl Geercken

90 Park Avenue
New York, New York 10016
(212) 210-9400

*Attorneys for Defendants*

LEGAL02/30510215v1

SO ORDERED: 9/6/07

_____
Hon. Alvin K. Hellerstein
United States District Judge