USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN M. ROSS,

        Plaintiff,

v.

ROBERT K. UTLEY, III and
ANN K. UTLEY,

        Defendants.

Case No. 07 CIV 6119

**STIPULATION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

Honorable Alvin K. Hellerstein

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Stephen M. Ross and Defendants Robert K. Utley and Ann K. Utley, that the time for Defendants to answer, move or otherwise respond to Plaintiff's Complaint in the above-captioned action, shall be and the same hereby is extended up to and including October 9, 2007; further

IT IS HEREBY STIPULATED AND AGREED that facsimile or other copies of signatures upon this Stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
       September 25, 2007

KATSKY KORINS LLP

By: _____
    Mark Walfish

305 Third Avenue
New York, NY 10158
(212) 953-6000

*Attorneys for Plaintiff*

ALSTON & BIRD LLP

By: _____Karl Geercken_____
    Karl Geercken (KG5897)

90 Park Avenue
New York, New York 10016
(212) 210-9400

*Attorneys for Defendants*

LEGAL02/30540426v1

SO ORDERED: 10/2/07

*/s/ Alvin K. Hellerstein*
Hon. Alvin K. Hellerstein
United States District Judge